```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02487
   JAMES LAWRENCE MILLS
   ROBYN LYNN MILLS                             CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3165    SSN XXX-XX-2744

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/13/2007 and was confirmed 05/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  23.00%.

     The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00            .00        2670.43
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE    9000.00            .00        2006.17
CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1266.00            .00            .00
DARREN L BESIC            NOTICE ONLY     NOT FILED           .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG        .00            .00       13716.53
FISHER & SHAPIRO          NOTICE ONLY     NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY         3956.19            .00            .00
KINGS QUEENS CHILD DEVEL  UNSECURED        3340.15            .00            .00
KINGS AND QUEENS CHILD D  NOTICE ONLY     NOT FILED           .00            .00
KMART                     UNSECURED       NOT FILED           .00            .00
AMERICAN COLLECTIONS REC  NOTICE ONLY     NOT FILED           .00            .00
KMART                     UNSECURED       NOT FILED           .00            .00
AMERICASH LOANS LLC       UNSECURED         903.07            .00            .00
AMERICASH LOANS           NOTICE ONLY     NOT FILED           .00            .00
ARONSON FURNITURE         UNSECURED       NOT FILED           .00            .00
KEITH S SHINDLER          NOTICE ONLY     NOT FILED           .00            .00
BALLYS                    UNSECURED       NOT FILED           .00            .00
BALLYS TOTAL FITNESS      NOTICE ONLY     NOT FILED           .00            .00
BALLY TOTAL FITNESS       NOTICE ONLY     NOT FILED           .00            .00
B-LINE LLC                UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED        2010.00            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY     NOT FILED           .00            .00
SBC                       UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY         NOTICE ONLY     NOT FILED           .00            .00
GMAC                      UNSECURED       13269.33            .00            .00
GMAC                      NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS               UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED           .00            .00
UNIVERSITY OF CHICAGO PH  UNSECURED       NOT FILED           .00            .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 02487 JAMES LAWRENCE MILLS & ROBYN LYNN MILLS

```
UNIVERSITY OF CHICAGO PH NOTICE ONLY    NOT FILED              .00           .00
SULLIVAN COLLECTION SERV UNSECURED      NOT FILED              .00           .00
SULLIVAN URGENT AID      NOTICE ONLY    NOT FILED              .00           .00
UNIVERSITY OF CHICAGO PH UNSECURED      NOT FILED              .00           .00
UNIVERSITY OF CHICAGO    NOTICE ONLY    NOT FILED              .00           .00
RADIOLOGY IMAGING CONSUL UNSECURED      NOT FILED              .00           .00
RADIOLOGY IMAGING CONSUL NOTICE ONLY    NOT FILED              .00           .00
RADIOLOGY IMAGING CONSUL NOTICE ONLY    NOT FILED              .00           .00
SCHECK & SIRESS          UNSECURED      NOT FILED              .00           .00
INGALLS MEMORIAL HOSPITA UNSECURED      NOT FILED              .00           .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED              .00           .00
INGALLS MEMORIAL HOSPITA NOTICE ONLY    NOT FILED              .00           .00
CUB FOODS                UNSECURED        204.87               .00           .00
NATIONWIDE ACCEPTANCE~   UNSECURED       8490.24               .00           .00
NATIONWIDE ACCEPTANCE~   UNSECURED        723.97               .00           .00
SPRINT PCS               UNSECURED      NOT FILED              .00           .00
SPRINT PCS               NOTICE ONLY    NOT FILED              .00           .00
SPRINT PCS               NOTICE ONLY    NOT FILED              .00           .00
NICOR GAS                UNSECURED       2166.38               .00           .00
NICOR GAS                NOTICE ONLY    NOT FILED              .00           .00
RMI/MCSI                 UNSECURED       4150.00               .00           .00
RMI/MCSI                 NOTICE ONLY    NOT FILED              .00           .00
VILLAGE OF RIVERDALE     NOTICE ONLY    NOT FILED              .00           .00
PEOPLES GAS              UNSECURED      NOT FILED              .00           .00
PEOPLES GAS LIGHT & COKE NOTICE ONLY    NOT FILED              .00           .00
STATE COLLECTION SERVICE NOTICE ONLY    NOT FILED              .00           .00
TCF NATIONAL BANK        UNSECURED      NOT FILED              .00           .00
PROFESSIONAL ACCOUNT MGM NOTICE ONLY    NOT FILED              .00           .00
PROFFESSIONAL ACCOUNT MG NOTICE ONLY    NOT FILED              .00           .00
TCF NATIONAL BANK        NOTICE ONLY    NOT FILED              .00           .00
KNS FUNDING INC          UNSECURED      NOT FILED              .00           .00
CHICAGO CENTRAL EP       UNSECURED      NOT FILED              .00           .00
CHICAGO CENTRAL EP       NOTICE ONLY    NOT FILED              .00           .00
INTERNAL REVENUE SERVICE SECURED         3795.34            340.76        686.42
INTERNAL REVENUE SERVICE UNSECURED        495.81               .00           .00
UNITED COLLECTIONS       UNSECURED        901.00               .00           .00
MONTEREY FINANCIAL SERVI UNSECURED       2383.79               .00           .00
MONTEREY FINANCIAL SERVI SECURED NOT I    794.59               .00           .00
LIGHTHOUSE FINANCIAL GRO NOTICE ONLY    NOT FILED              .00           .00
HOME LOAN SERVICES INC   MORTGAGE ARRE  42847.36               .00       9551.00
MONTEREY FINANCIAL SERVI UNSECURED       1982.48               .00           .00
MONTEREY FINANCIAL SERVI SECURED NOT I    660.82               .00           .00
MONTEREY FINANCIAL       UNSECURED        100.41               .00           .00
MONTEREY FINANCIAL       SECURED NOT I    100.42               .00           .00
RESURGENT CAPITAL SERVIC UNSECURED        231.86               .00           .00
ILLINOIS DEPT OF REVENUE PRIORITY         234.01               .00           .00
ILLINOIS DEPT OF REVENUE UNSECURED         46.64               .00           .00
LEDFORD & WU             DEBTOR ATTY    1,132.80                        1,132.80
TOM VAUGHN               TRUSTEE                                        2,166.09
```

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 02487 JAMES LAWRENCE MILLS & ROBYN LYNN MILLS

```
DEBTOR REFUND            REFUND                                          .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                 32,270.20

PRIORITY                                              .00
SECURED                                         28,630.55
    INTEREST                                       340.76
UNSECURED                                             .00
ADMINISTRATIVE                                   1,132.80
TRUSTEE COMPENSATION                             2,166.09
DEBTOR REFUND                                         .00
                       ---------------    ---------------
TOTALS                  32,270.20               32,270.20
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


     Dated: 10/23/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE